IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiffs,

vs.

ALFREDO VENANCIO DOMINGUEZ,

Defendant.

4:24CR3087

ORDER

This matter is before the Court on the Defendant's Unopposed Motion to Continue Trial (Filing No. 145). Counsel states that counsel for Defendant requires more time to prepare for trial due to a previously scheduled conflict in an important matter that should not be further delayed.

For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial (Filing No. 145) is granted, as follows:

1. The jury trial, now set for **March 10, 2026**, is continued to **May 4, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **February 19, 2026 and May 4, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Expert witness disclosures as required under Rule 16 must be served on or before **April 24, 2026**.

4. The parties are advised that any additional requests for a continuance of a trial date will require a conference with the undersigned judge.

Dated this 20th day of February, 2026.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge