IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALFREDO VENANCIO DOMINGUEZ,<br><br>Defendant. | **4:24CR3087**<br><br><br>**ORDER** |

This matter is before the Court on the Defendant's Unopposed Motion to Continue Trial (Filing No. 147). Defense counsel needs additional time to prepare for trial due to several calendar conflicts and for the reasons set forth in the motion. Defendant as well as the government consents to the continuance and to exclude the time pursuant to the speedy trial act, as set forth herein.

For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial (Filing No. 147) is granted, as follows:

1. The jury trial, now set for **May 4, 2026**, is continued to **June 22, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), and with the consent of the parties, the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **April 1, 2026 and June 22, 2026**, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Expert witness disclosures as required under Rule 16 must be served on or before **June 12, 2026**.

4. The parties are advised that any additional requests for a continuance of a trial date will require a conference with the undersigned judge.

Dated this 1st day of April, 2026.

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge