IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:24CR3087** |
| vs. | |
| ALFREDO VENANCIO DOMINGUEZ, | **ORDER** |
| Defendant. | |

This matter is before the Court on the Government's Motion to Continue Trial. (Filing No. 175). The Defendant opposes the motion. The undersigned finds the motion should be granted and finds good cause has been shown due to the reasons stated in the Motion, and the unavailability of several necessary witnesses, including the primary investigator assigned to this investigation. In addition, the Defendant filed an additional motion in limine to exclude 404(b) evidence, (Filing No. 169), which the Government needs time to consider and have sufficient time to respond and the Court will then need to set the matter for a hearing. Additionally, the court has previously granted two continuances at the request of the defendant.

**IT IS ORDERED** that the Government's Motion to Continue Trial (Filing No. 175) is granted, as follows:

1. The jury trial is continued to **July 20, 2026, at 8:30 a.m., or as soon thereafter as the case may be called, for a duration of four (4) trial days.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A),the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **June 17, 2026 and July 20, 2026**, shall be

deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would be a miscarriage of justice. 18 U.S.C. § 3161(h)(1)(d); (3)(A); (h)(7)(A) & (B)(i).

3. An in-court hearing regarding Defendant's Motion in Limine (Filing No. 169) regarding the Government's 404(b) Notice, is scheduled to be held before the undersigned judge on **July 10, 2026 at 9:00 a.m.** in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. **Defendant is required to be present.**

Dated this 23rd day of June, 2026.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge