IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALFREDO VENANCIO DOMINGUEZ,<br><br>Defendant. | **4:24CR3087**<br><br><br>**ORDER** |

This matter is before the court on the Defendant's Motion to Continue Trial Filing No. 189. The Defendant, Alfredo Venancio Dominguez, consents to the continuance. Defense counsel and Defendant need to review exhibits the Government intends to use at trial in order to be adequately prepared for trial. The Court also held a telephone conference with the parties on July 17, 2026 prior to the Motion to Continue being filed. Based on the information provided during the telephone conference and based upon the showing set forth in the Motion, the Court finds good cause has been shown and that Defendant's Motion should be granted.

**IT IS ORDERED:**

1. The Jury trial is continued to **August 31, 2026 at 8:30 a.m., or as soon thereafter as the case may be called, for a duration of four (4) trial days**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **July 17, 2026 and August 31, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed for defense counsel to adequately prepare for trial. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Failure to grant a continuance would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B)(i) & (iv).

3. Defendant's Motion in Limine, Filing No. 185, and his Amended Motion in Limine, Filing No. 188, are denied as moot.

4. No further amendments to the Exhibit List will be allowed. If the parties agree, there may be substituted versions of an exhibit already listed on the exhibit list.

5.  Any objections to the Government's Notice of 404(b) Evidence, Filing No. 186, shall be filed No later than August 12, 2026.  The government may respond to Defendant's objections no later than August 17, 2026.

Dated this 22nd day of July, 2026.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge