IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALFREDO VENANCIO DOMINGUEZ,<br><br>Defendant. | **4:24CR3087**<br><br>**ORDER** |

This matter is before the Court on the Defendant's Unopposed Motion to Continue Trial (Filing No. 197). The Defendant's attorney needs additional time to review new evidence and go over it with Defendant. The government does not oppose the motion. Based on the information contained in the Motion, the Court finds good cause has been shown and the Defendant's Motion should be granted.

**IT IS ORDERED:**

1. Defendant's Motion to Continue Trial (Filing No. 197) is granted.

2. The jury trial, now set for August 31, 2026, is continued to **November 16, 2026**.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **August 18, 2026 and November 16, 2026**, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed for defense counsel to adequately prepare for trial. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Failure to grant a continuance would be a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B)(i) & (iv).

4. Any additional expert witness disclosures as required under Rule 16 must be served on or before **November 6, 2026**.

5. No further amendments to the Exhibit List will be allowed. If the parties agree, there may be substituted versions of an exhibit already listed on the exhibit list.

Dated this 25th day of August, 2026.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge