IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALFREDO VENANCIO DOMINGUEZ,<br><br>Defendant. | **4:24CR3087**<br><br>**ORDER** |

A telephone status conference was held today. Defendant has filed a motion to continue trial and associated pretrial deadlines (Filing No. 212). During the telephone conference, defense counsel, who has recently been appointed to represent Defendant, notified the court that Defendant and defense counsel need additional time to meet and confer as well as additional time to review discovery. Defendant moved to remove this case from the trial docket, terminate the pending motion in limine, and continue the status conference due to the aforementioned circumstances. The government did not object. Based on the comments of counsel, the court finds good cause has been shown and the motion to remove this case from the trial docket should be granted. The Defendant's motion to continue status conference is granted. The case should be taken off of the trial docket and the status conference continued. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue trial and continue the status conference, (Filing No. 212), is granted. The case is removed from the trial docket and the status conference is continued.

2) Defendant's motion in limine, (Filing No. 194), is terminated and the hearing scheduled on October 29, 2026, is canceled.

3) A telephonic conference with counsel will be held before the undersigned magistrate judge at 9:30 a.m. on December 17, 2026 to discuss setting any change of plea hearing or the date of the jury trial. Counsel for the parties shall use the conferencing instructions provided by the court to participate in the call.

4) In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and December 17, 2026, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 21st day of October, 2026.

BY THE COURT:
s/ Jacqueline M. DeLuca
United States Magistrate Judge